IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GERALD CLAIBORNE, | No. C 02-5025 WHA (PR) |
| Plaintiff, | **ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL** |
| vs. | |
| Maintenance Supervisor R. ARENAS; DIRECTOR OF CORRECTIONS; SVSP Medical Director Dr. Thor, | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. The case was dismissed after plaintiff's in forma pauperis status was revoked and he failed to pay the filing fee. That was on January 12, 2005. Plaintiff has now filed two motions for appointment of counsel. Because this case is closed, the motions (documents number 29 and 30) are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August ___18___, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.02\CLAIB025.ATY.wpd